IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02079-BNB

GIOVANNI LARATTA,

      Plaintiff,

v.

TOM CLEMENTS,
DALE BURKE,
LYNN TRAVIS,
RAEANNE WILL,
MALISSA JONES,
C.O. HARTUNG, and
TINO HERRERA,

      Defendants.

---

## ORDER TO DISCHARGE SHOW-CAUSE ORDER

---

      Plaintiff, Giovanni Laratta, is a prisoner in the custody of the Colorado Department of Corrections at the Fremont Correctional Facility in Cañon City, Colorado. On November 7, 2012, the court ordered Mr. Laratta to show cause why this action should not be dismissed for failure to comply with the filing fee payment requirements of 28 U.S.C. § 1915(b)(2).  On November 28, 2012, Mr. Laratta paid the $350.00 filing fee. Accordingly, it is

      ORDERED that the court's Order to Show Cause (ECF No. 15) filed in this action on November 15, 2012, is discharged.

DATED November 30, 2012, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge