IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 12–cv–02079–MSK–KMT

GIOVANNI LARATTA,

      Plaintiff,

v.

DALE BURKE,
LYNN TRAVIS,
RAEANNE WILL,
MALISSA JONES,
C.O. HARTUNG, and
TINO HERRERA,

      Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Plaintiff's Motion for Leave to File Third Amended Complaint and Jury Demand" (Doc. No. 38, filed June 1, 2013) is GRANTED, pursuant to Fed. R. Civ. P. 15(a)(2). The Clerk is directed to file Plaintiff's "Third Amended Complaint and Jury Demand" (Doc. No. 38-1). Defendants' "Partial Motion to Dismiss" (Doc. No. 24, filed February 8, 2013) is DENIED as moot, as it is directed at a non-operative complaint.

Dated: July 31, 2013